UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-40140 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JUAN PEDRO GOBEA, a/k/a "saviourtaste," | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Juan Pedro Gobea, a/k/a "saviourtaste."

On or about between March 7, 2024 and March 13, 2024, I knowingly attempted to employ, use, persuade, induce, entice, and coerce an individual, who had not yet attained the age of 18, namely an undercover law enforcement officer posing as a 15-year-old female, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so.

1

More specifically, I used my cell phone to access my Reddit account with username, "saviourtaste" to communicate with what I thought was a 15-year-old female but was an Undercover Agent (UC). I asked the UC which state she lived in, I turned the conversation sexual, and I asked the UC to send me nude pictures of "everything."

All of my actions were in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

I further stipulate and agree that the following property was used or intended to be used in the commission of the offense described above:

    a.    Google Cell phone 359136790753072, and

    b.    Samsung Galaxy A14 IMEI# 359136790753072.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

|  |  |
|---|---|
|  | ALISON J. RAMSDELL<br>United States Attorney |
| 10/27/2025 | *[signature]* |
| Date | Elizabeth A. Ebert-Webb<br>Assistant United States Attorney<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>Telephone: (605)357-2343<br>Facsimile: (605)330-4405<br>E-Mail: Elizabeth.Ebert-Webb@usdoj.gov |
| 10-24-25 | *[signature]* |
| Date | Juan Pedro Gobea, a/k/a "saviourtaste"<br>Defendant |
| 10-24-2025 | *[signature]* |
| Date | Matthew M. Powers<br>Attorney for Defendant |

3